UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JOHNATHAN FOSTER** | **CIVIL ACTION NO. 22-5440** |
| | **SECTION P** |
| **VS.** | **JUDGE TERRY A. DOUGHTY** |
| **RICHLAND PARISH DETENTION CENTER, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 7] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the following are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief may be granted: Plaintiff Johnathan Foster's claims against RPDC; his claims that on October 17, 2021, four officers entered his cell, handcuffed him, sprayed him with mace, placed him in a restraining chair, and left him in the chair for approximately three hours; his claim that on August 25, 2022, his mattress was taken for 21 days; his claim that a lieutenant threw some of his legal work in the trash; and his claims that he was discriminated against and refused G.E.D. classes, a trustee job, anger management classes, and a parenting class.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's request for injunctive relief is **DISMISSED WITHOUT PREJUDICE** for lack of standing and as frivolous.

MONROE, LOUISIANA, this 10th day of January 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE